■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD L. THAYER, Appellant. [629 NYS2d 701] —Judgment unanimously affirmed. Memorandum: Defendant was convicted of one count of sodomy in the first degree (Penal Law § 130.50 [3]), and now contends that he was denied effective assistance of counsel. That contention is without merit. Defendant has

failed to demonstrate that he was deprived of a fair trial by less than meaningful representation. "[T]he evidence, the law, and the circumstances of [the] case, viewed in totality and as of the time of the representation, reveal that [defendant's] attorney provided meaningful representation" *(People v Baldi,* 54 NY2d 137, 147; *see, People v Russo,* 85 NY2d 872, 874; *People v Hobot,* 84 NY2d 1021; *People v Flores,* 84 NY2d 184). (Appeal from Judgment of Genesee County Court, Morton, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Lawton, Callahan, Davis and Boehm, JJ.